IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SELINA MILLER

                                                        PLAINTIFF

vs.                                          CIVIL ACTION NO. 3:14-CV-952-HTW-LRA

VANESSA BRYANT, ET AL.                                      DEFENDANT

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes on pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson. Based upon the evidence therein contained, this court hereby adopts the Report and Recommendation of the United States Magistrate Judge as the order of this court. The court permits the plaintiff to file her complaint without prepayment of a filing fee, but dismisses without prejudice the complaint for lack of jurisdiction, and for failure to state a claim on which relief may be granted.

SO ORDERED AND ADJUDGED, this the 30th day of January, 2015.

/s/ Henry T. Wingate
UNITED STATES DISTRICT JUDGE